**O**

cc: order, docket, remand letter
to Riverside County Superior Court,
No. MVC 1101155

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, aka FANNIE MAE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA L. AHUMADA,<br><br>    Defendant. | Case No. EDCV 12-00208 DDP (DTBx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DENYING ATTORNEY'S FEES AND COSTS**<br><br>[Docket No. 8] |

    Presently before the court is Plaintiff's Motion to Remand ("Motion"). Defendant has not filed any opposition.

    As Plaintiff explains, there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses based on federal law are insufficient to create federal jurisdiction. See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011). Last, for the reasons set forth in Plaintiff's Motion, Defendant has failed to meet either prong for civil rights removal pursuant to 28 U.S.C. §

1 1443(1).  The court therefore grants Plaintiff's Motion to Remand.
2      The court, however, denies Plaintiff's request for attorney's
3 fees and costs.  As this court has explained under similar
4 circumstances:  "Defendants are proceeding without the assistance
5 of counsel.  While it is black letter law that defenses arising
6 under federal law do not create removal jurisdiction, the court
7 does not fault the Defendants for not having the same familiarity
8 with the nuances of federal civil procedure that a lawyer should."
9 Santiago, 2011 WL 165382, at *2.  The court notes, however, that
10 Defendant may be ordered to pay Plaintiff's attorney's fees and
11 costs if she attempts again to remove this unlawful detainer
12 action.

14 IT IS SO ORDERED.

17 Dated: April 24, 2012
                                      _____
18                                         DEAN D. PREGERSON
                                          United States District Judge